# Exhibit 1

| HOME | SEARCH | BLOGS | FORUMS | HELP / FAQ | | SIGN IN | FREE SIGN UP |

| Seeking: | Male / Sugar Daddy | Age: | 18 | To | 99 | Country / Area: | United States |
| State / Province: | Texas | | SEARCH | | | | |

## How Married Sugar Daddies Balance Their Families and Sugar Babies?

Posted by Admin



Share with:

The married sugar daddies are required to take care of his family and satisfy the sugar baby. He will have two types of responsibilities – fulfilling his obligations to his family and being up to the expectation of his sugar baby. Sugar daddies are required to maintain the balance between his obligations to family and expectations of his sugar baby.

## A discrete relationship with the sugar baby

The sugar daddy who has no plan to come out of the family ensures that his relationship with the sugar baby is with no strings attached. They frankly tell the sugar baby that it is a 100% discrete relationship and always his own family will be his top priority and the purpose of the discrete relationship is to have some extra enjoyment when he is free from his normal daily routine. Hence the sugar daddy will meet his sugar baby only for limited number of times in a month.

## No love affair

The Sugar Daddies will be committed to families and Sugar Babies they will not fall in love with the sugar babies. He will see to it that his lust is not converted in to love. He will always play safe while in the company of the sugar baby so that there will be no accidents. Also, during his conversions with his sugar baby, the sugar daddy strictly avoids topics related to his wife, children and other topics which are too personal.

## Satisfy the sugar baby

The married sugar daddies will do everything possible to satisfy their sugar babies otherwise and will regularly give them presents and special gifts. When the sugar daddy is not in a position to commit his visits to her home he will be very prompt in gifting her and chatting with her over the phone or over Skype. He will keep on sending to her tokens of his relationship. The ideal sugar daddy will use a disposable phone and will ensure to erase the browse history once the conversation is over. By way of having a sugar baby who is located in a faraway place, the sugar daddy can minimize face to face contacts with her.

### Success Stories

My partner and I did chat on this site for exactly a month, before our first meeting, it was great, we both can understand each other, we swapped telephone numbers and messaged each-other many times a day. He finally decided it was about time we meet, so he booked a ticket from Perth to come down to Adelaide and meet me. :) I went to the airport and picked him up and took him to the hotel that he reserved, and I am very happy to say that out relationship is going great, and YES there is a plan of marriage and we're waiting for my graduation from uni to finalize the whole plan. I personally wanted to thank you, and your wonderful site.

Join and find your match now>>

### Popular On Our Site

How to Keep an Arrangement Relationship Discreet

The Difference Between Sugar and Prostitution

Are You Ready to Enter the Sugar Bowl?

Rules for Sugar Daddy Dating – Dos and Don'ts When Dating a …

7/8/2019 How Married Sugar Daddies Balance Their Families and Sugar Babies?

Case 3:18-cr-04574-AJB   Document 62-1   Filed 07/15/19   PageID.332   Page 3 of 3

HOME    SEARCH    BLOGS    FORUMS    HELP / FAQ    SIGN IN    FREE SIGN UP

## Elderly, rich and experienced person

In the Sugar Daddy – Sugar Baby relationship, the sugar baby will be a young girl who is eagerly waiting for a relationship of convenience. However, the sugar daddy is an elderly as well as experienced person and he is rich also. The sugar daddy will help his sugar baby financially as well as professionally so that she will find the relationship fruitful and comfortable. In reciprocation, she will provide him companionship and sexual enjoyment. At the same time, the successful sugar daddies will keep the families and Sugar Babies completely separated from one another.

## Spend money

For the sugar daddy life will be more expensive. Many young females accept elderly people as their sugar daddy with the expectation that the sugar daddy will meet their financial as well as personal requirements. Hence, even though the sugar daddy is not so charming in his physical appearance, he can win the heart of the sugar baby by providing her money, being gentlemanly to her and by conversing with her at regular intervals.

<< Back to blog home                                          << Previous    |    Next >>

Share with:

Us                          Contact Us / Career             Blog                          FOLLOW US
Agreement                   Privacy Policy                  Suggestion
s Stories                   Dating Advice & Safety Tips     Press & Media
s

ht © 2007-2019 SugarDaddyMeet.com / SuccessfulMatch.com. All rights reserved.
addyMeet does not conduct background checks on the members of this website.
Disclaimer: SugarDaddyMeet is not an escort service. SugarDaddyMeet does not support escorts or prostitution. Profiles that may violate these terms and services will be banned.