# Exhibit 2

| NAME | MESSAGE | TIME |
|---|---|---|
|  | MAY 12, 2018 | |
| Livebig | *[photo]* | 1941 |
| Livebig | Hello<br>How are you? | 1942 |
| Livebig | I like adventurous. | 1944 |
| Livebig | Have any fun adventures planned for this summer? | 1945 |
| | MAY 13, 2018 | |
| Emily | Wink<br>I'd like to get to know you better! Message me! | 0231 |
| Emily | maybe a trip to mexico with my family. yourself? | 1123 |
| Emily | **Picture Redacted** | 1202 |
| Livebig | Mexico, El Salvador, Italy and Greece | 1242 |
| Livebig | What are you up to today? | 1243 |
| Livebig | Hey | 1734 |
| Emily | hey. Sorry, spending time with my mom | 2117 |
| Emily | How was your day? | 2119 |
| Livebig | That's ok My day was great   Thanks | 2121 |
| Emily | Tell me about yourslef, or ask me questions. I wanna get to know you | 2121 |
| Emily | yourself* | 21?? |
| Livebig | Beauty is common. How you treat others, your heart and what you make of yourself is most important. | 2 |

001

| | | |
|---|---|---|
| | What do you think? | |
| Emily | I dont really look at outside, more inside. becuase even some thats a super model, if theyre rude to someone theyre ugly.AThe world has even stuck up people, and we should all just realize that and stop | 2127 |
| Livebig | What area do you live in? | 2129 |
| Emily | point loma | 2129 |
| Livebig | I'm in La Jolla<br>We're close | 2130 |
| Livebig | Is text ok? | 2130 |
| | I dont have my phone, im so sorry | 2130 |
| Livebig | That's ok | 2131 |
| | but yes, we are close | 2132 |
| Livebig | Are you looking for a sugar daddy, a rich boyfriend, both...? | 2133 |
| Livebig | Neither lol | 2133 |
| Emily | sugar daddy. Yes, i know im young and like, "why would you do that?" but, i am going into college after i take a year off and i need money (shallow i know) but i would like to meet new people as well. how about you? | 2135 |
| Livebig | I'm not looking for a sugar daddy | 2138 |
| Livebig | lol | 2138 |
| Livebig | A sugar baby | 2138 |
| Emily | so far so good. | 2138 |
| Emily | might i ask why? | 2138 |
| Emily | I don't judge | 2138 |
| Emily | Would you like to meet up maybe? | 2141 |
| Livebig | Because I'm single, I can, I want to try it, it seems fun, and I would like to help someone I like. | 2141 |
| Emily | I love that | 2141 |
| Livebig | Yes | 2141 |
| Livebig | When is good for you to meet? | 2141 |
| Emily | im free tomorrow from about 2:15 - 4ish? | 2142 |
| Livebig | That's a short time window lol | 2147 |
| | I know, Im sorry. School gets out then and i have to be home by like 4:30 | 2148 |
| Livebig | Is that everyday? | 2154 |
| Emily | yes. except weekends, not at all. Im grounded cause of grades rn | 2154 |
| Emily | i have to go. Last words? | 2156 |
| Livebig | How long you grounded for? | 2202 |
| Livebig | Can you meet Wednesday | 2251 |
| Livebig | Good night | 2302 |
| | **MAY 14, 2018** | |

002

| Emily | until my grade come up. Yes, wednesday is fine. | 0605 |
|---|---|---|
| Livebig | Good morning | 0607 |
| | morning. Im off to school soon, but just wanted to say hi | 0607 |
| Livebig | What grade are you in | 0607 |
| | 12th | 0607 |
| Livebig | Can you message while you're at school | 0608 |
| | i wish. Im sorry, i know this sucks | 0608 |
| Livebig | Ok | 0609 |
| Livebig | Picture Redacted | 0609 |
| Emily | Picture Redacted | 0610 |
| Livebig | Picture Redacted | 0610 |
| Emily | Picture Redacted | 0610 |
| Livebig | Can you maybe send a pic that shows your body better | 0610 |
| Emily | Picture Redacted | 0612 |
| Livebig | Have fun at school | 0612 |

003

| Emily | have fun at boring adult life :P | 0612 |
|---|---|---|
| Livebig | That's what you can help with lol | 0613 |
| Livebig | Talk to you later | 0614 |
| Emily | hey. In class, but on laptops so hello :) | 0852 |
| Emily | How is your day going? | 0852 |
| Emily | (also, Wednesday could we meet at this address: 3701 Voltaire Street San Diego, CA 92107 ?) | 0858 |
| Livebig | Great | 1017 |
| Livebig | What time? | 1017 |
| Livebig | At a library? | 1020 |
| Livebig | Hey you | 1601 |
|  | hey! yes, i was thinking a public place for saftey reasons, obviously. Theres food places nearby if youd like. | 1646 |
| Emily | would 2:30ish be okay? | 1646 |
| Livebig | That is fine | 1658 |
| Livebig | How was school | 1701 |
| Emily | it was decent, math test and stuff. How is/was work? what do you do? | 1752 |
| Livebig | Smarter Balanced testing?[1] | 1902 |
| Livebig | I own a bunch of companies | 1902 |
| Livebig | Work was great today<br>My dog and I just ran 5 miles | 1904 |
| Livebig | Wyd now | 1904 |
| Emily | about to go grab dinner | 1905 |
| Livebig | At home? | 1905 |
| Emily | yes. sorry, got haggled by sister | 1943 |
| Emily | Whats your favorite thing to do? | 1943 |
| Livebig | Surf, ski<br>You? | 2005 |
| Emily | read, swim. Ive never been surfing or skiing, but ive always wanted to. Snowboarding mainly. | 2015 |
| Livebig | That's all fun | 2019 |
| Livebig | You swim competitively? | 2019 |
| Emily | No. Im not that good XD | 2020 |
| Livebig | Can you meet tomorrow / Tuesday instead of Wednesday? | 2026 |
| Emily | Yes | 2032 |
| Livebig | Good<br>Same place/ same time? | 2049 |
| Emily | yes | 2054 |
| Emily | cant wait! | 2055 |
| Livebig | 2:30 tomorrow at the library? | 2128 |
| **MAY 15, 2018** | | |

---

[1] Smarter Balance testing is a "Common Core" testing system implemented in the State of California for High School Students.

004

| | | |
|---|---|---|
| Livebig | Good morning | 0621 |
| Livebig | I assume we are still meeting today at 2:30.... | 0841 |
| Emily | I had fun, thank you so much! | 1636 |
| Livebig | I did too!!!! | 1646 |
| Emily | make it back safe? | 1646 |
| Livebig | :) | 1646 |
| Livebig | Sort of lol | 1646 |
| Livebig | Looks like you did | 1647 |
| Emily | sort of? Everything okay? | 1651 |
| Livebig | Hey | 1731 |
| Emily | yes? | 1718 |
| Livebig | I can't see you Thursday or Friday this week. I can hang out for a little bit tomorrow after school if you want.? | 1800 |
| Emily | That would be great! Is everything okay? | 1800 |
| Livebig | Yes lol | 1807 |
| Emily | thank you again for such a fun time | 1810 |
| Livebig | I feel the same | 1823 |
| Livebig | How early can you meet tomorrow? | 1823 |
| Emily | when is good for you? | 1823 |
| Livebig | Early as possible | 1824 |
| Livebig | I have to be in UTC at 4:15 pm | 1825 |
| Emily | so 7 am ah yes ha no. hmm... how far away is UTC? | 1825 |
| Livebig | 30 minutes maybe | 1825 |
| Livebig | Maybe 20 | 1826 |
| Emily | we could do 2:30 to 3ish if that works | 1826 |
| Livebig | What time do you get out of school | 1828 |
| Emily | 2:15 | 1829 |
| Livebig | See you at 2:25 ish | 1829 |
| Livebig | Ok? | 1829 |
| Emily | perfect | 1829 |
| Livebig | Same place | 1829 |
| Livebig | Library | 1830 |
| Emily | meet you outside this time | 1830 |
| Livebig | Ok | 1830 |
| Livebig | Do we have time to go get you a cheap phone? | 1830 |
| Emily | If you think we can m,ake it. I dont want you to be late! | 1831 |
| Livebig | We'll see | 1831 |
| Emily | okay. thank you. Im sorry about being grounded XD | 1832 |
| Livebig | Important part is we can see each other | 1832 |
| Emily | i agree 100% | 1832 |
| Livebig | School will be out soon | 1832 |
| Emily | yeah. If im not grounded during summer XD | 1833 |
| Livebig | Study hard | 1840 |
| Livebig | What type of math ? | 1840 |

005

| Emily | IM 2. Simple, I just cant grasp the concept XD | 1844 |
|---|---|---|
| Livebig | Go on youtube and find some videos to watch | 1913 |
| Livebig | Try it ok? | 1913 |
| Livebig | Hey | 1951 |
| Emily | hey. Sorry. workout and shower | 2103 |
| Emily | yeah, im doing that. Its helped on many fronts actually | 2103 |
| Livebig | I'm looking forward to seeing you :) | 2129 |
| **MAY 16, 2018** | | |
| Livebig | Good morning | 0626 |
| Emily | hello. Hope you slept well! I am off, see you later!! | 0635 |
| Livebig | Have a good day! | 0640 |

006