# Exhibit 3

Course Catalog » MATHEMATICS

# MATHEMATICS

Integrated Math I A-B - Grades 9, 10

Integrated Math I A-B Advanced - Grades 9, 10

==Integrated Math II A-B - Grades 10-11==

==Integrated Math II A-B Advanced - Grades 10-11==

Integrated Math III A-B - Grades 10-12

Integrated Math III A-B Advanced - Grades 10-12

<u>Math 96</u> **Intermediate Algebra & Geometry** -Grades 11, 12

*MESA College Course

Intermediate algebra and geometry is the second of a two-course integrated sequence in algebra and geometry. This course covers systems of equations and inequalities, radical and quadratic equations, quadratic functions and their graphs, complex numbers, nonlinear inequalities, exponential and logarithmic functions, conic sections, sequences and series, and solid geometry. The course also includes application problems involving these topics. This course is intended for students preparing for transfer-level mathematics courses.

<u>Math 119</u> **Elementary Statistics** -Grades 11, 12

*MESA College Course

This course covers descriptive and inferential statistics. The descriptive portion analyzes data through graphs, measures of central tendency and dispersion. The inferential statistics portion covers statistical rules to compute basic probability, including binomial, normal, Chi-squares, and T-distributions. This course also covers estimation of population parameters, hypothesis testing, linear regression, correlation and ANOVA. Emphasis is placed on applications of technology, using software packages, for statistical analysis and interpretation of statistical values based on data from disciplines including business, social sciences, psychology, life science, health science and education. This course is intended for transfer students interested in statistical analysis.

Precalculus 1-2 - Grades 11, 12

Prerequisites: "C" or better in all semesters of Integrated Math 1 A & B, Integrated Math 2 A & B and Integrated Math 3 A & B.

Precalculus 1-2 Honors - Grades 11, 12

Prerequisites: "B" or better in both semesters of Advanced Integrated Math 3 A & B and recommendation of teacher/counselor.

Topics in Discrete Mathematics 1,2 - Grade 12

Prerequisites: "C" or better in both semesters of Precalculus 1-2 or Honors Precalculus.

Statistics 1-2 AP - Grades 11, 12 (HP)

Prerequisites: "C" or better in both semesters of Precalculus or Honors Precalculus.

<u>Math 150</u> **Calculus with Analytical Geometry I** Grades 11, 12

*MESA College Course

### Sidebar

Course Catalog

Principal Message

Guidance and Student Services

Graduation Requirements ↗

Diploma With Academic Distinction ↗

Special Programs

Course Sequence

english

social studies

mathematics

science

physical education

njrotc (naval science)

world language

visual and performing arts

non departmental courses and electives

college career and technical education

Staff

This course is an introduction to university-level calculus requiring a strong background in algebra and trigonometry. The topics of study include analytic geometry, limits, differentiation and integration of algebraic and transcendental functions, and applications of derivatives and integrals. Emphasis is placed on calculus applications involving motion, optimization, graphing, and applications in the physical and life sciences. This course incorporates the use of technology. Analytical reading and problem solving are strongly emphasized in this course. This course is intended for students majoring in mathematics, computer science, physics, chemistry, engineering, or economics.
**Prerequisite:** Placement Exam

Math 151 **Calculus with Analytical Geometry II** Grades 11, 12

*MESA College Course

This is the second course in the calculus and analytic geometry sequence. This course covers more advanced topics in analytic geometry, differentiation and integration of algebraic and transcendental functions, infinite series, Taylor series, and parametric equations. This course also covers a general introduction to the theory and applications of power series, techniques of integration, and functions in polar coordinates, as it serves as a basis for multivariable calculus and differential equations, as well as most upper division courses in mathematics and engineering. This course is intended for the transfer student planning to major in mathematics, computer science, physics, chemistry, engineering or economics.

Math 254 **Introduction to Linear Algebra** Grade 12

*MESA College Course

This course serves as an introduction to the theory and applications of elementary linear algebra and is the basis for most upper division courses in mathematics. The topics covered in this course include matrix algebra, Gaussian Elimination, systems of equations, determinants, Euclidean and general vector spaces, linear transformations, orthogonality and inner product spaces, bases of vector spaces, the Change of Basis Theorem, eigenvalues, eigenvectors, the rank and nullity of matrices and introduction to linear transformations. This course is intended for the transfer student planning to major in mathematics, physics, engineering, computer science, operational research, economics, or other sciences. **Prerequisite:** MATH 151

Math 245 **Discrete Mathematics** Grade 12

*MESA College Course

This course is an introduction to the theory of discrete mathematics and introduces elementary concepts in logic, set theory, and number theory. The topics covered include propositional and predicate logic, methods of proof, set theory, Boolean algebra, number theory, equivalence and order relations, and functions. This forms a basis for upper division courses in mathematics and computer science and is intended for the transfer student planning to major in these disciplines.