# Exhibit 4

## SMS Messages

| Party | Time | Status | Message |
|---|---|---|---|
| To: ▮▮▮ Bill | 5/16/2018 4:36:19 PM(UTC-7) | Sent | Hey! Made it safe. Got talked to about grades. Perfect timing cause my laptop is now on lockdown XD |
| From: ▮▮▮ Bill | 5/16/2018 4:44:04 PM(UTC-7) | Read | Why is your laptop on lockdown (By the way, be sure to turn off all sounds on your phone) |
| To: ▮▮▮ Bill | 5/16/2018 4:44:55 PM(UTC-7) | Sent | (Done) because my grade hasn't improved so they think I'm messing around on it |
| From: ▮▮▮ Bill | 5/16/2018 4:48:24 PM(UTC-7) | Read | Tell them you need to watch math tutorials on internet |
| To: ▮▮▮ Bill | 5/16/2018 4:49:26 PM(UTC-7) | Sent | I can use it with them in the same room. So no more app. But now I'm here. Thanks to you |
| From: ▮▮▮ Bill | 5/16/2018 5:18:01 PM(UTC-7) | Read | Glad I could help |
| From: ▮▮▮ Bill | 5/16/2018 5:38:03 PM(UTC-7) | Read | Do me a favor |
| To: ▮▮▮ Bill | 5/16/2018 6:28:46 PM(UTC-7) | Sent | Yes? |
| From: ▮▮▮ Bill | 5/16/2018 6:37:39 PM(UTC-7) | Read | Send me a cute pic where your smiling |
| From: ▮▮▮ Bill | 5/16/2018 6:38:03 PM(UTC-7) | Read | Clothes are fine lol |
| From: ▮▮▮ Bill | 5/16/2018 6:42:10 PM(UTC-7) | Read | I like your smile<br>Please smile |
| From: ▮▮▮ Bill | 5/16/2018 6:48:21 PM(UTC-7) | Read | Send a pic where you're smiling |
| From: ▮▮▮ Bill | 5/16/2018 6:48:53 PM(UTC-7) | Read | Better |
| From: ▮▮▮ Bill | 5/16/2018 6:49:10 PM(UTC-7) | Read | Bigger smile |
| From: ▮▮▮ Bill | 5/16/2018 6:49:48 PM(UTC-7) | Read | Did you just take a shower? |
| To: ▮▮▮ Bill | 5/16/2018 6:50:35 PM(UTC-7) | Sent | That look creepy |
| To: ▮▮▮ Bill | 5/16/2018 6:50:40 PM(UTC-7) | Sent | Bath. Yes |
| From: ▮▮▮ Bill | 5/16/2018 6:51:13 PM(UTC-7) | Read | Teeth maybe |
| To: ▮▮▮ Bill | 5/16/2018 6:51:48 PM(UTC-7) | Sent | That looks so bad. I don't like my teeth |
| From: ▮▮▮ Bill | 5/16/2018 6:52:10 PM(UTC-7) | Read | Just try |
| From: ▮▮▮ Bill | 5/16/2018 6:58:08 PM(UTC-7) | Read | Nice!! |
| To: ▮▮▮ Bill | 5/16/2018 6:58:43 PM(UTC-7) | Sent | Ew. But if you like it I suppose it must be |

| | | | |
|---|---|---|---|
| From: ▮ Bill | 5/16/2018 7:10:05 PM(UTC-7) | Read | Take one with no head cock |
| From: ▮ Bill | 5/16/2018 7:14:53 PM(UTC-7) | Read | Perfect |
| To: ▮ Bill | 5/16/2018 7:15:39 PM(UTC-7) | Sent | Thank you |
| From: ▮ Bill | 5/16/2018 7:17:47 PM(UTC-7) | Read | Gorgeous AF |
| From: ▮ Bill | 5/16/2018 7:18:01 PM(UTC-7) | Read | Now study math lol |
| To: ▮ Bill | 5/16/2018 7:25:37 PM(UTC-7) | Sent | *salutes* Yes, sir |
| To: ▮ Bill | 5/16/2018 7:25:37 PM(UTC-7) | Sent | *salutes* Yes, sir |
| To: ▮ Bill | 5/16/2018 9:21:59 PM(UTC-7) | Sent | Goodnight. |
| From: ▮ Bill | 5/16/2018 9:23:49 PM(UTC-7) | Read | Goodnight |
| From: ▮ Bill | 5/16/2018 9:24:01 PM(UTC-7) | Read | I had fun with you today |
| To: ▮ Bill | 5/16/2018 9:24:51 PM(UTC-7) | Sent | I did too. |
| To: ▮ Bill | 5/17/2018 6:22:33 AM(UTC-7) | Sent | Good morning |
| From: ▮ Bill | 5/17/2018 6:26:52 AM(UTC-7) | Read | Morning |
| From: ▮ Bill | 5/17/2018 6:27:33 AM(UTC-7) | Read | Text me later after you leave |
| To: ▮ Bill | 5/17/2018 6:36:01 AM(UTC-7) | Sent | I'm out |
| From: ▮ Bill | 5/17/2018 6:41:55 AM(UTC-7) | Read | That's early |
| To: ▮ Bill | 5/17/2018 6:49:42 AM(UTC-7) | Sent | I get there 20 minutes early in case I need to do anything or something happens |
| From: ▮ Bill | 5/17/2018 6:50:09 AM(UTC-7) | Read | What time does school start |
| To: ▮ Bill | 5/17/2018 7:13:57 AM(UTC-7) | Sent | 7:25 |
| From: ▮ Bill | 5/17/2018 8:42:58 AM(UTC-7) | Read | I need something |
| To: ▮ Bill | 5/17/2018 9:07:59 AM(UTC-7) | Sent | Yes? |
| From: ▮ Bill | 5/17/2018 9:46:57 AM(UTC-7) | Read | Can we talk? |
| To: ▮ Bill | 5/17/2018 9:47:17 AM(UTC-7) | Sent | Sure. What's up? |
| From: ▮ Bill | 5/17/2018 9:47:21 AM(UTC-7) | Read | When can I call you? |

059

| | | | |
|---|---|---|---|
| To: ▇▇▇ Bill | 5/17/2018 9:47:47 AM(UTC-7) | Sent | Lunch is at 11:35 |
| To: ▇▇▇ Bill | 5/17/2018 9:49:44 AM(UTC-7) | Sent | Is everything alright? |
| From: ▇▇▇ Bill | 5/17/2018 9:52:22 AM(UTC-7) | Read | Yep |
| From: ▇▇▇ Bill | 5/17/2018 9:52:45 AM(UTC-7) | Read | I will call you around 11:45 ok? |
| To: ▇▇▇ Bill | 5/17/2018 9:54:08 AM(UTC-7) | Sent | Of courde |
| To: ▇▇▇ Bill | 5/17/2018 9:54:11 AM(UTC-7) | Sent | Course* |
| From: ▇▇▇ Bill | 5/17/2018 8:22:29 PM(UTC-7) | Read | Hey |
| To: ▇▇▇ Bill | 5/17/2018 8:22:38 PM(UTC-7) | Sent | Hello |
| From: ▇▇▇ Bill | 5/17/2018 8:23:35 PM(UTC-7) | Read | Miss you |
| To: ▇▇▇ Bill | 5/17/2018 8:24:43 PM(UTC-7) | Sent | I miss you too. How was work? |
| From: ▇▇▇ Bill | 5/17/2018 9:33:32 PM(UTC-7) | Read | Ok<br>Just got home |
| From: ▇▇▇ Bill | 5/17/2018 9:33:35 PM(UTC-7) | Read | Wyd |
| To: ▇▇▇ Bill | 5/17/2018 9:34:12 PM(UTC-7) | Sent | Getting ready for bed. |
| To: ▇▇▇ Bill | 5/17/2018 9:34:25 PM(UTC-7) | Sent | What about you? |
| From: ▇▇▇ Bill | 5/17/2018 9:35:11 PM(UTC-7) | Read | Getting ready soon |
| From: ▇▇▇ Bill | 5/17/2018 9:35:22 PM(UTC-7) | Read | How was your day? |
| To: ▇▇▇ Bill | 5/17/2018 9:36:35 PM(UTC-7) | Sent | Pretty good. How was yours? |
| From: ▇▇▇ Bill | 5/17/2018 9:37:11 PM(UTC-7) | Read | Ok<br>Would have been better if we hung out lol |
| To: ▇▇▇ Bill | 5/17/2018 9:38:01 PM(UTC-7) | Sent | Yeah it would have |
| From: ▇▇▇ Bill | 5/17/2018 9:40:25 PM(UTC-7) | Read | Have you been studying math? |
| To: ▇▇▇ Bill | 5/17/2018 9:40:51 PM(UTC-7) | Sent | Yup |

060

| | | | |
|---|---|---|---|
| To: ▮▮▮ Bill | 5/17/2018 9:50:06 PM(UTC-7) | Sent | Goodnight. |
| From: ▮▮▮ Bill | 5/17/2018 10:08:23 PM(UTC-7) | Read | Night |
| To: ▮▮▮ Bill | 5/18/2018 6:28:22 AM(UTC-7) | Sent | Good morning |
| From: ▮▮▮ Bill | 5/18/2018 7:50:27 AM(UTC-7) | Read | Morning |
| From: ▮▮▮ Bill | 5/18/2018 9:22:55 AM(UTC-7) | Read | How are you? |
| To: ▮▮▮ Bill | 5/18/2018 9:23:13 AM(UTC-7) | Sent | I'm tired. And yourself? |
| From: ▮▮▮ Bill | 5/18/2018 9:25:34 AM(UTC-7) | Read | Me too |
| To: ▮▮▮ Bill | 5/18/2018 9:25:52 AM(UTC-7) | Sent | How is work? |
| From: ▮▮▮ Bill | 5/18/2018 9:27:02 AM(UTC-7) | Read | I want to take a nap lol |
| To: ▮▮▮ Bill | 5/18/2018 9:27:21 AM(UTC-7) | Sent | That boring? |
| From: ▮▮▮ Bill | 5/18/2018 9:27:39 AM(UTC-7) | Read | No<br>That tired |
| To: ▮▮▮ Bill | 5/18/2018 9:28:11 AM(UTC-7) | Sent | How much sleep did you get, |
| From: ▮▮▮ Bill | 5/18/2018 9:29:32 AM(UTC-7) | Read | Not enough |
| To: ▮▮▮ Bill | 5/18/2018 9:32:05 AM(UTC-7) | Sent | Do we ever |
| From: ▮▮▮ Bill | 5/18/2018 1:45:02 PM(UTC-7) | Read | Hi |
| To: ▮▮▮ Bill | 5/18/2018 3:55:58 PM(UTC-7) | Sent | Hello |
| From: ▮▮▮ Bill | 5/18/2018 4:02:12 PM(UTC-7) | Read | Hey you |
| From: ▮▮▮ Bill | 5/18/2018 4:02:15 PM(UTC-7) | Read | Wyd |
| To: ▮▮▮ Bill | 5/18/2018 4:02:56 PM(UTC-7) | Sent | Walking home |
| To: ▮▮▮ Bill | 5/18/2018 4:02:58 PM(UTC-7) | Sent | You, |
| From: ▮▮▮ Bill | 5/18/2018 4:03:38 PM(UTC-7) | Read | Getting ready to go pick up my girls |
| To: ▮▮▮ Bill | 5/18/2018 4:16:44 PM(UTC-7) | Sent | Awe |
| From: ▮▮▮ Bill | 5/18/2018 7:41:17 PM(UTC-7) | Read | Hey you |

| | | | |
|---|---|---|---|
| To: ▮▮▮ Bill | 5/18/2018 7:41:42 PM(UTC-7) | Sent | Hello |
| From: ▮▮▮ Bill | 5/18/2018 7:41:56 PM(UTC-7) | Read | Wyd |
| To: ▮▮▮ Bill | 5/18/2018 7:42:08 PM(UTC-7) | Sent | Just reading. Yourself? |
| From: ▮▮▮ Bill | 5/18/2018 7:42:33 PM(UTC-7) | Read | Hanging with my girls |
| From: ▮▮▮ Bill | 5/18/2018 7:42:52 PM(UTC-7) | Read | You study math today? |
| To: ▮▮▮ Bill | 5/18/2018 7:44:03 PM(UTC-7) | Sent | Yessir. You have a good day? |
| From: ▮▮▮ Bill | 5/18/2018 7:55:38 PM(UTC-7) | Read | Yep |
| From: ▮▮▮ Bill | 5/18/2018 7:55:53 PM(UTC-7) | Read | Played volleyball with my girls |
| From: ▮▮▮ Bill | 5/18/2018 7:56:02 PM(UTC-7) | Read | Wyd this weekend? |
| To: ▮▮▮ Bill | 5/18/2018 8:06:00 PM(UTC-7) | Sent | Birthday party and therapy. Yourself? |
| From: ▮▮▮ Bill | 5/18/2018 9:02:17 PM(UTC-7) | Read | Beach volleyball |
| To: ▮▮▮ Bill | 5/18/2018 9:02:53 PM(UTC-7) | Sent | Nice. Goodnight, dear |
| From: +▮▮▮ Bill | 5/18/2018 9:03:08 PM(UTC-7) | Read | I'll be in OB Sunday<br>Close to this really nice girl |
| From: +▮▮▮ Bill | 5/18/2018 9:03:45 PM(UTC-7) | Read | She's really nice, sincere, and FUN |
| To: +▮▮▮ Bill | 5/18/2018 9:03:54 PM(UTC-7) | Sent | She sounds cool |
| From: +▮▮▮ Bill | 5/18/2018 9:04:06 PM(UTC-7) | Read | Way cool |
| From: +▮▮▮ Bill | 5/18/2018 9:04:43 PM(UTC-7) | Read | A little wild, I suppose |
| From: +▮▮▮ Bill | 5/18/2018 9:05:31 PM(UTC-7) | Read | You'd really like her, I would think |
| To: +▮▮▮ Bill | 5/18/2018 9:05:56 PM(UTC-7) | Sent | I'll take your word for it |
| From: +▮▮▮ Bill | 5/18/2018 9:09:18 PM(UTC-7) | Read | She's gorgeous |
| From: +▮▮▮ Bill | 5/18/2018 9:24:53 PM(UTC-7) | Read | Blonde hair |
| From: +▮▮▮ Bill | 5/18/2018 9:25:00 PM(UTC-7) | Read | Great smile |
| From: +▮▮▮ Bill | 5/18/2018 9:37:48 PM(UTC-7) | Read | Good night |
| From: +▮▮▮ Bill | 5/19/2018 3:58:26 PM(UTC-7) | Read | Hi |

| Direction | Date/Time | Status | Message |
|---|---|---|---|
| To: +▮▮▮ Bill | 5/19/2018 9:22:53 PM(UTC-7) | Sent | Hello. Sorry, birthday party. Heading to bed. Goodnight |
| From: +▮▮▮ Bill | 5/19/2018 9:23:28 PM(UTC-7) | Read | Did you have fun? |
| From: +▮▮▮ Bill | 5/19/2018 10:48:09 PM(UTC-7) | Read | Good night |
| From: +▮▮▮ Bill | 5/20/2018 9:21:52 AM(UTC-7) | Read | Good morning<br>How are you? |
| To: +▮▮▮ Bill | 5/20/2018 9:27:43 AM(UTC-7) | Sent | Good and yourself? |
| From: +▮▮▮ Bill | 5/20/2018 5:20:43 PM(UTC-7) | Read | I'm great<br>Just got home<br>Been at the beach all day.<br>How is your day going? |
| To: +▮▮▮ Bill | 5/20/2018 6:51:51 PM(UTC-7) | Sent | Pretty good. Just homework and studying |
| From: +▮▮▮ Bill | 5/20/2018 6:56:06 PM(UTC-7) | Read | You go girl. |
| From: +▮▮▮ Bill | 5/20/2018 6:56:19 PM(UTC-7) | Read | How is that going? |
| To: +▮▮▮ Bill | 5/20/2018 6:57:04 PM(UTC-7) | Sent | Pretty good. We have block schedule thiugh so I don't have math tomorrow |
| From: +▮▮▮ Bill | 5/20/2018 6:58:41 PM(UTC-7) | Read | Do you want to hang out this week sometime |
| To: +▮▮▮ Bill | 5/20/2018 6:59:16 PM(UTC-7) | Sent | Sure! When are you free? |
| From: +▮▮▮ Bill | 5/20/2018 7:01:16 PM(UTC-7) | Read | I'm not sure. Can we play it by ear on monday and tuesday and i will text you before you get out of school and keep you updated? |
| To: +▮▮▮ Bill | 5/20/2018 7:01:41 PM(UTC-7) | Sent | Sure! |
| From: +▮▮▮ Bill | 5/20/2018 7:06:17 PM(UTC-7) | Read | I'm going for a quick run with my dog<br>Text you in a little while |
| To: +▮▮▮ Bill | 5/20/2018 7:06:36 PM(UTC-7) | Sent | Have fun! |
| From: +▮▮▮ Bill | 5/20/2018 8:01:45 PM(UTC-7) | Read | Just got back |
| To: +▮▮▮ Bill | 5/20/2018 8:03:39 PM(UTC-7) | Sent | Hey. Sorry, I remembered that i have a rotc banquet Tuesday, so I'm unavailable |
| From: +▮▮▮ Bill | 5/20/2018 8:03:59 PM(UTC-7) | Read | That's ok |
| From: +▮▮▮ Bill | 5/20/2018 8:05:08 PM(UTC-7) | Read | Can you help me? |
| To: +▮▮▮ Bill | 5/20/2018 8:08:25 PM(UTC-7) | Sent | With What? |
| From: +▮▮▮ Bill | 5/20/2018 8:10:16 PM(UTC-7) | Read | Can you take a pic of your report card or something showing you're in 12th grade<br><br>Or a pic of a computer or phone screen? |

| | | | Something? |
|---|---|---|---|
| To: +▮▮▮▮ Bill | 5/20/2018 8:19:28 PM(UTC-7) | Sent | This doesn't take screen shots. I'll find something |
| From: +▮▮▮▮ Bill | 5/20/2018 8:21:27 PM(UTC-7) | Read | Thanks |
| From: +▮▮▮▮ Bill | 5/20/2018 10:04:47 PM(UTC-7) | Read | Good night |
| From: +▮▮▮▮ Bill | 5/21/2018 6:01:44 AM(UTC-7) | Read | Good morning |
| To: +▮▮▮▮ Bill | 5/21/2018 6:57:54 AM(UTC-7) | Sent | Morning |
| To: +▮▮▮▮ Bill | 5/21/2018 6:58:06 AM(UTC-7) | Sent | I can't do after school today either, I'm so sorry |
| From: +▮▮▮▮ Bill | 5/21/2018 7:51:26 AM(UTC-7) | Read | Thats ok |
| From: +▮▮▮▮ Bill | 5/21/2018 7:51:35 AM(UTC-7) | Read | Have a nice day |
| From: +▮▮▮▮ Bill | 5/21/2018 9:30:00 PM(UTC-7) | Read | Hey |
| To: +▮▮▮▮ Bill | 5/22/2018 6:41:41 AM(UTC-7) | Sent | Good morning |
| From: +▮▮▮▮ Bill | 5/22/2018 6:43:35 AM(UTC-7) | Read | How are you? |
| To: +▮▮▮▮ Bill | 5/22/2018 6:46:52 AM(UTC-7) | Sent | I'm tired. How are you, |
| To: +▮▮▮▮ Bill | 5/22/2018 6:46:54 AM(UTC-7) | Sent | ?* |
| From: +▮▮▮▮ Bill | 5/22/2018 6:47:01 AM(UTC-7) | Read | Same lol |
| From: +▮▮▮▮ Bill | 5/22/2018 6:47:22 AM(UTC-7) | Read | I like hearing from you. |
| From: +▮▮▮▮ Bill | 5/22/2018 6:47:41 AM(UTC-7) | Read | Text me more often, if possible lol |
| From: +▮▮▮▮ Bill | 5/22/2018 6:47:47 AM(UTC-7) | Read | That ok? |
| To: +▮▮▮▮ Bill | 5/22/2018 6:50:22 AM(UTC-7) | Sent | Yes |
| From: +▮▮▮▮ Bill | 5/22/2018 6:50:54 AM(UTC-7) | Read | :) |
| From: +▮▮▮▮ Bill | 5/22/2018 6:51:11 AM(UTC-7) | Read | Have fun at your rotc thing |
| To: +▮▮▮▮ Bill | 5/22/2018 6:54:14 AM(UTC-7) | Sent | Have fun at your work thing |
| From: +▮▮▮▮ Bill | 5/22/2018 6:54:40 AM(UTC-7) | Read | I need a nap lol |
| From: +▮▮▮▮ Bill | 5/22/2018 6:54:47 AM(UTC-7) | Read | Thanks |

064

| | | | |
|---|---|---|---|
| From: +▇▇▇▇▇▇ Bill | 5/22/2018 4:04:58 PM(UTC-7) | Read | Hey |
| To: +▇▇▇▇▇▇ Bill | 5/22/2018 7:52:07 PM(UTC-7) | Sent | Hello. Sorry, just got out of rotc |
| From: +▇▇▇▇▇▇ Bill | 5/22/2018 8:51:15 PM(UTC-7) | Read | How was it? |
| To: +▇▇▇▇▇▇ Bill | 5/22/2018 8:51:34 PM(UTC-7) | Sent | Long and boring. How was your day? |
| From: +▇▇▇▇▇▇ Bill | 5/22/2018 8:52:10 PM(UTC-7) | Read | Good Thanks |
| From: +▇▇▇▇▇▇ Bill | 5/22/2018 9:04:38 PM(UTC-7) | Read | Wyd |
| To: +▇▇▇▇▇▇ Bill | 5/22/2018 9:08:59 PM(UTC-7) | Sent | Heading to bed |
| To: +▇▇▇▇▇▇ Bill | 5/22/2018 9:09:02 PM(UTC-7) | Sent | Goodnight |
| From: +▇▇▇▇▇▇ Bill | 5/23/2018 6:41:05 AM(UTC-7) | Read | Hey you |
| To: +▇▇▇▇▇▇ Bill | 5/23/2018 6:41:11 AM(UTC-7) | Sent | Hello |
| From: +▇▇▇▇▇▇ Bill | 5/23/2018 6:41:38 AM(UTC-7) | Read | Sleep well? |
| To: +▇▇▇▇▇▇ Bill | 5/23/2018 6:41:51 AM(UTC-7) | Sent | Very. And yourself? |
| From: +▇▇▇▇▇▇ Bill | 5/23/2018 6:42:19 AM(UTC-7) | Read | Great Thanks |
| From: +▇▇▇▇▇▇ Bill | 5/23/2018 6:44:25 AM(UTC-7) | Read | Send me a pic later |
| From: +▇▇▇▇▇▇ Bill | 5/23/2018 6:46:52 AM(UTC-7) | Read | Nice |
| From: +▇▇▇▇▇▇ Bill | 5/23/2018 6:50:48 AM(UTC-7) | Read | Wyd today |
| To: +▇▇▇▇▇▇ Bill | 5/23/2018 6:51:17 AM(UTC-7) | Sent | School and actually going to tutoring XD |
| From: +▇▇▇▇▇▇ Bill | 5/23/2018 6:51:39 AM(UTC-7) | Read | Great!!!! |
| From: +▇▇▇▇▇▇ Bill | 5/23/2018 6:51:46 AM(UTC-7) | Read | You go girl |
| From: +▇▇▇▇▇▇ Bill | 5/23/2018 5:07:04 PM(UTC-7) | Read | Hey |
| To: +▇▇▇▇▇▇ Bill | 5/23/2018 6:17:13 PM(UTC-7) | Sent | Hello |
| From: +▇▇▇▇▇▇ Bill | 5/23/2018 6:18:43 PM(UTC-7) | Read | How was your day |
| To: +▇▇▇▇▇▇ Bill | 5/23/2018 6:19:10 PM(UTC-7) | Sent | Pretty good. My math went up 8 percent so now it's a 48! How was yours? |
| From: +▇▇▇▇▇▇ Bill | 5/23/2018 6:22:11 PM(UTC-7) | Read | Great |

065

| | | | |
|---|---|---|---|
| From: +▇ Bill | 5/23/2018 6:22:41 PM(UTC-7) | Read | Take a few pic of your math problems and send it to me |
| From: +▇ Bill | 5/23/2018 6:22:51 PM(UTC-7) | Read | *pics |
| From: +▇ Bill | 5/23/2018 6:22:53 PM(UTC-7) | Read | Ok? |
| To: +▇ Bill | 5/23/2018 6:23:25 PM(UTC-7) | Sent | I will. I'm just in the bath rn XD |
| From: +▇ Bill | 5/23/2018 6:26:15 PM(UTC-7) | Read | Send a pic of that lol |
| From: +▇ Bill | 5/23/2018 6:26:31 PM(UTC-7) | Read | Nothing to crazy |
| From: +▇ Bill | 5/23/2018 6:26:44 PM(UTC-7) | Read | Cute is great |
| From: +▇ Bill | 5/23/2018 6:30:43 PM(UTC-7) | Read | Adorable AF |
| From: +▇ Bill | 5/23/2018 6:31:19 PM(UTC-7) | Read | Can you smile or at least grin |
| From: +▇ Bill | 5/23/2018 9:14:44 PM(UTC-7) | Read | I cant talk now, I'm with my girls<br><br>What's up? |

066