ROBERT S. BREWER, JR.
United States Attorney
JACLYN STAHL
Assistant United States Attorney
California Bar No. 295467
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8456
Email: Jaclyn.Stahl@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM DAVID TURLEY,<br><br>Defendant. | Case No.:   18-CR-4574-AJB<br><br>Date:   August 5, 2019<br>Time:   2:00 p.m.<br><br>**UNITED STATES' NOTICE OF LODGING OF DVD SUBMITTED IN OPPOSITION TO DEFENDANT'S:**<br>**(1)   MOTION TO SUPPRESS, ECF 42;**<br>**(2)   MOTION FOR DISCLOSURE, ECF 51;**<br>**(3)   MOTION FOR BILL OF PARTICULARS, ECF 52; AND**<br>**(4)   MOTION TO DISMISS, ECF 53** |

The UNITED STATES OF AMERICA, hereby provides notice that it is lodging with the Court one DVD containing Exhibits 5 through 9 to its Omnibus Response and Opposition to Defendant's Motions.

DATED: July 15, 2019               Respectfully submitted,

                                    ROBERT S. BREWER, JR.
                                    United States Attorney

                                    */s/ Jaclyn Stahl*
                                    JACLYN STAHL
                                    Assistant United States Attorney